COPY

1 | MICHAEL K. GRACE (SBN 126737)
2 | mgrace@gracelaw.com
  | RUHI KUMAR (SBN 235945)
3 | rkumar@gracelaw.com
4 | GRACE+GRACE LLP
  | 444 South Flower Street, Suite 1650
5 | Los Angeles, California 90071
6 | Telephone: (213) 452-1220
  | Facsimile: (213) 452-1222
7 |
8 | Attorneys for Plaintiffs ArrivalStar S.A.
9 | and Melvino Technologies Limited

FILED
2011 APR -6 AM 11:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ANYDATA CORPORATION, a Delaware corporation; and DOES 1-10, <br><br> Defendants. | Case No.: **SACV11-00524 CJC (MLGx)** <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

GRACE + GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

COMPLAINT

1

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively, "ArrivalStar" or "Plaintiffs"), by and through their undersigned attorneys, for their complaint against defendant AnyData Corp. ("Anytrack" or "Defendant") allege as follows:

## NATURE OF LAWSUIT

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

2. Venue exists in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b) in that Defendant resides in this judicial district and has committed acts of infringement herein.

## THE PARTIES

3. ArrivalStar S.A. is a corporation organized under the laws of Luxembourg and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

4. Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

5. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,714,859 ("the '859 patent"), entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued March 30, 2004.

6. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,804,606 ("the '606 patent"), entitled "Notification systems and methods with user-definable notifications based upon vehicle proximities," issued October 12, 2004.

7. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,904,359 ("the '359 patent"), entitled

"Notification systems and methods with user-definable notifications based upon occurance of events," issued June 7, 2005. The '359 patent was the subject of an *Inter Partes* reexamination at the United States Patent and Trademark Office. A Reexamination Certificate was issued on May 25, 2010.

8. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,952,645 ("the '645 patent"), entitled "System and method for activation of an advance notification system for monitoring and reporting status of vehicle travel," issued October 4, 2005.

9. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,191,058 ("the '058 patent"), entitled "Notification systems and methods enabling user entry of notification trigger information based upon monitored mobile vehicle location," issued March 13, 2007.

10. Defendant Anytrack is a Delaware corporation with its place of business at 18902 Bardeen Avenue, Irvine, CA 92612. Anytrack transacts business and has offered to provide and/or provided in this judicial district services that infringe claims of the '859, '606, '359, '645, and '058 patents.

11. The true names and capacities of Defendants named herein as DOES 1 through 10, inclusive, are currently unknown to ArrivalStar, who therefore sues said Defendants DOES 1 through 10 by such fictitious names. ArrivalStar will amend its complaint to show their true names and capacities when they have been ascertained. ArrivalStar is informed and believes, and based thereon alleges, that DOES 1 through 10, inclusive, were responsible in some manner for the acts alleged herein and are liable to ArrivalStar therefor.

//
//

## CLAIM FOR PATENT INFRINGEMENT
## 35 U.S.C. §§ 271 & 281
### (Against All Defendants)

12.  Defendants have infringed the '859, '606, '359, '645, and '058 patents by, among other activities, using Anytrack's vehicle tracking system without consent of Plaintiffs.

13.  Anytrack's vehicle tracking system allows users to define events that will cause the creation of an alert notification and to define when they receive alerts regarding a mobile vehicle.

14.  Anytrack's vehicle tracking system allows users to establish communication with the Anytrack system by logging into the Anytrack.net website and sending activation requests that are transmitted to servers.

15.  Anytrack's vehicle tracking system receives location and vehicle indicator requests and tracks specific vehicles based on data transmitted from the vehicles.

16.  Anytrack's vehicle tracking system allows users to specify distances and proximities from a location and waypoints that a vehicle achieves during travel and compares user-specified locations to locations of vehicles to determine if a vehicle is within a predefined geofence proximity of a location.

17.  Anytrack's vehicle tracking system monitors travel data associated with a plurality of vehicles.

18.  Anytrack's vehicle tracking system stores user-defined geofences, analyzes travel data of vehicles, and transmits alerts to users via email and SMS messages when a vehicle enters within a geofence.

19.  Anytrack's vehicle tracking system monitors vehicles based upon data produced by GPS sensors onboard vehicles.

20.  Anytrack's vehicle tracking system allows users to specify a location by clicking on a map, translates user-specific locations into sets of Longitude and

Latitude coordinates, and stores the Longitude and Latitude coordinates.

21. Defendants' infringement has injured and will continue to injure ArrivalStar unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the '859, '606, '359, '645, and '058 patents.

22. ArrivalStar is informed and believes, and based thereon alleges, that Defendants' infringement has been and continues to be willful.

23. Defendants' conduct as alleged above has damaged, and unless restrained and enjoined by this Court, will continue to cause great and irreparable damage to Plaintiffs, which damage cannot be adequately compensated or measured by money alone. Plaintiffs have no adequate remedy at law.

24. Plaintiffs also have been damaged and, until an injunction issues, will continue to be damaged, in an amount not yet fully ascertainable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for relief as follows:

1. For judgment in favor of Plaintiffs and against Defendants, and each of them, and an award of damages in an amount to be determined at trial;

2. For a preliminary and permanent injunction prohibiting Defendants and each of their subsidiaries, affiliates, partners, parents, officers, directors, and employees and agents from infringement, inducement and contributory infringement of the ArrivalStar patents;

3. For an award of increased damages pursuant to 35 U.S.C. § 284;

4. For a declaration that this case is exceptional pursuant to 35 U.S.C. § 285;

5. For an award of Plaintiffs' reasonable attorneys' fees and costs;

6. For interest at the statutory rate; and

7. For such other and further relief as this Court may deem just and proper.

DATED: March 30, 2011

Respectfully submitted
GRACE+GRACE LLP

*/s/ Michael K. Grace/*

Michael K. Grace
Attorneys for Plaintiffs ArrivalStar S.A.
and Melvino Technologies Limited

## JURY DEMAND

ArrivalStar demands a trial by jury on all issues so triable.

DATED: March 30, 2011

Respectfully submitted
GRACE+GRACE LLP

*/s/ Michael K. Grace/*

Michael K. Grace
Attorneys for Plaintiffs ArrivalStar S.A.
and Melvino Technologies Limited

GRACE+GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

### SACV11- 524 CJC (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Michael K. Grace (SBN 126737)
Ruhi Kumar (SBN 235945)
GRACE+GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90017
(213) 452-1220

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV11-00524 CJC (MLGx)** |
| v. | |
| ~~ANYDATA CORPORATION, A DELAWARE~~ CORPORATION, AND DOES 1-10, | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _GRACE+GRACE LLP_, whose address is _444 South Flower Street, Suite 1650, Los Angeles, CA 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **APR -6 2011**

By: _ROLLS ROYCE PASCHAL_
Deputy Clerk

(Seal of the Court)

1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]*

CV-01A (12/07)                                                  SUMMONS

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED | ANYDATA CORP and DOES 1 through 10 |

| (b) Attorneys (Firm Name, Address and Telephone Number If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Michael K. Grace (SBN 126737); Ruhi Kumar (SBN 235945)<br>GRACE+GRACE LLP<br>444 S Flower St, Suite 1650, Los Angeles, CA 90071<br>(213) 452-1220 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| 480 Consumer Credit | ☐ 151 Medicare Act | | | **FORFEITURE/** | ☐ 791 Empl Ret Inc Security Act |
| 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **PENALTY** | |
| 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| 875 Customer Challenge 12 USC 3410 | | | ☐ 442 Employment | | ☑ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| 890 Other Statutory Actions | ☐ 190 Other Contract | | | | **SOCIAL SECURITY** |
| 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| 895 Freedom of Info Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV11-00524 CJC (MLGx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐ No  ☒Yes
If yes, list case number(s): SACV10-1035-JVS (RNBx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Luxembourg<br>British Virgin Island of Tortola |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 30 March 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U S C 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U S C 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U S C 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U S C 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U S C (g)) |